FILED
CLERK, U.S. DISTRICT COURT
04/01/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CLO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No.  2:21-cr-00161-SB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| SERGIO NAVARRO ZENDEJAS, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 922(g)(1)]

On or about June 10, 2020, in Ventura County, within the Central District of California, defendant SERGIO NAVARRO ZENDEJAS knowingly possessed a firearm, namely, a Smith & Wesson .22 caliber pistol, bearing serial number TYE0785, and ammunition, namely, five rounds of CCI .22 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant ZENDEJAS possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

    (1) Carrying a Loaded Firearm, in violation of California Penal Code Section 25850(c)(6), in the Superior Court of the State of California, County of Ventura, Case Number 2013008839, on or about June 3, 2013;

    (2) Receiving Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Ventura, Case Number 2013008839, on or about June 3, 2013;

    (3) Possessing a Firearm in Violation of an Express Condition of Probation, in violation of California Penal Code Section 29815(a), in the Superior Court of the State of California, County of Ventura, Case Number 2014021278, on or about October 2, 2014;

    (4) Carrying a Dirk or Dagger Concealed on the Person, in violation of California Penal Code Section 21310, in the Superior Court of the State of California, County of Ventura, Case Number 2015019752, on or about August 26, 2015; and

    (5) Possessing a Firearm and Ammunition after a Conviction Punishable by a Term of Imprisonment Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1), in the United States District Court, Central District of California, Case Number CR 17-238-VAP, on or about October 16, 2017.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in any such offense, including but not limited to the following:

(i) One Smith & Wesson .22 caliber pistol, bearing serial number TYE0785;

(ii) Five rounds of CCI .22 caliber ammunition; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

JULIA L. REESE
Assistant United States Attorney
Criminal Appeals Section