```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                  DEC 2 8 2023

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff, ) | CASE NO. CR-21-00161-VAP-1 |
| ) | |
| v. ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Cim.P. 32.1(a)(6) |
| SERGIO NAVARRO ZENDEJAS, ) | 18 U.S.C. § 3143(a) Allegations of |
| ) | Violations of Probation/Supervised |
| Defendant. ) | Release Conditions) |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _absconded from supervision;_ _violations of previous term of supervision_

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: December 28, 2023

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)